FILED

OCT 24 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–49–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOHN PATRICK FIGUEROA ARAUJO, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Dismiss the Indictment with prejudice as to Defendant John Patrick Figueroa Araujo. (Doc. 30.) The Government recently became aware that Defendant Araujo is deceased. Having found good cause,

IT IS ORDERED that the Government's motion to dismiss with prejudice as to Defendant Araujo is GRANTED.

DATED this 24th day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court